United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 10-30677-BB
James Edward Hartenstein                                                  Chapter 7
Herena Victoria Hartenstein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: lquintana          Page 1 of 2          Date Rcvd: Jul 01, 2011
                              Form ID: b18             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2011.
```
db/jdb    +James Edward Hartenstein,   Herena Victoria Hartenstein,   44836 Lorimer Avenue,
            Lancaster, CA 93534-2029
smg        Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
26485914  +Bank of America,   4165 West Avenue L,   Lancaster, CA 93536-4204
26485932  +Citi,   P.O. Box 469100,   Escondido, CA 92046-9100
26485933  +Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202-2120
26485935  +Citifinancial,   3950 Regent Boulevard, S2A283,   Irving, TX 75063-2244
26485937  +Encore Receivable Management, Inc.,   P.O. Box 47248,   Oak Park, MI 48237-4948
26485936   Encore Receivable Management, Inc.,   400 North Rogers Road,   P.O. Box 3330,
            Olathe, KS 66063-3330
26485938  +Equifax,   5505 Peach Tree Dunwood,   Atlanta, GA 30342-1705
26485939  +Equifax - Credit Bureau,   P.O. Box 105069,   Atlanta, GA 30348-5069
26485941  +Experian - Credit Bureau,   P.O. Box 949,   Allen, TX 75013-0949
26485940  +Experian - Credit Bureau,   P.O Box 2002,   Allen, TX 75013-2002
26485942  +Fingerhut,   Attention: Bankruptcy Department,   53 McLeland Avenue,   Saint Cloud, MN 56395-2076
26485947  +National Enterprise Systems,   P.O. Box 1022,   Wixom, MI 48393-1022
26485949  +Phillips 66 Conoco 76,   P.O. Box 689140,   Des Moines, IA 50368-9140
26485948  +Phillips 66 Conoco 76,   P.O. Box 689058,   Des Moines, IA 50368-9058
26485951  +Trans Union,   2 Baldwin Place,   P.O. Box 1000,   Chester, PA 19016-1000
26485952   Trans Union - Credit Bureau,   P.O. Box 1000,   Crum Lynne, PA 19022
26485954  +Zwicker & Associates, P.C.,   80 Minuteman Road,   Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr        +EDI: QRKDIAMOND.COM Jul 02 2011 03:13:00      Richard K Diamond (TR),
            Danning, Gill, Diamond & Kollitz,   2029 Century Park East, 3rd Floor,
            Los Angeles, CA 90067-2901
smg        EDI: EDD.COM Jul 02 2011 03:18:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
            P.O. Box 826880,   Sacramento, CA 94280-0001
smg        EDI: CALTAX.COM Jul 02 2011 03:23:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
            P.O. Box 2952,   Sacramento, CA 95812-2952
26485912  +EDI: ARSN.COM Jul 02 2011 03:13:00      Associated Recovery Systems,   P.O. Box 1259,
            Department #5996,   Oaks, PA 19456-1259
26485911  +EDI: ARSN.COM Jul 02 2011 03:13:00      Associated Recovery Systems,   P.O. Box 469046,
            Escondido, CA 92046-9046
26485916  +EDI: BANKAMER.COM Jul 02 2011 03:13:00      Bank of America,   P.O. Box 851001,
            Dallas, TX 75285-1001
26485917  +EDI: BANKAMER.COM Jul 02 2011 03:13:00      Bank of America,   P.O. Box 15026,
            Wilmington, DE 19850-5026
26485918  +EDI: BANKAMER2.COM Jul 02 2011 03:13:00      Bank of America,   P.O. Box 17054,
            Wilmington, DE 19884-0001
26485915  +EDI: BANKAMER.COM Jul 02 2011 03:13:00      Bank of America,   4161 Piedmont Parkway,
            Greensboro, NC 27410-8119
26485913  +EDI: BANKAMER.COM Jul 02 2011 03:13:00      Bank of America,   Attention: Bankruptcy Department,
            P.O. Box 26012,   Greensboro, NC 27420-6012
26485920   EDI: CAPITALONE.COM Jul 02 2011 03:13:00      Capital One,   Attention: Bankruptcy Department,
            P.O. Box 5155,   Norcross, GA 30091
26485919  +E-mail/Text: cms-bk@cms-collect.com Jul 02 2011 03:10:54      Capital Management Services,
            726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
26485921  +EDI: CAPITALONE.COM Jul 02 2011 03:13:00      Capital One,   P.O. Box 85520,
            Richmond, VA 23285-5520
26485923  +EDI: CAPITALONE.COM Jul 02 2011 03:13:00      Capital One,   P.O. Box 30285,
            Salt Lake City, UT 84130-0285
26485922  +EDI: CAPITALONE.COM Jul 02 2011 03:13:00      Capital One,   P.O. Box 60599,
            City Of Industry, CA 91716-0599
26485926  +EDI: RMSC.COM Jul 02 2011 03:13:00      Care Credit,   P.O. Box 981439,   El Paso, TX 79998-1439
26485927  +EDI: RMSC.COM Jul 02 2011 03:13:00      Care Credit,   P.O. Box 960061,   Orlando, FL 32896-0061
26485924  +EDI: RMSC.COM Jul 02 2011 03:13:00      Care Credit,   Attention: Bankruptcy Department,
            P.O. Box 103104,   Roswell, GA 30076-9104
26485925  +EDI: RMSC.COM Jul 02 2011 03:13:00      Care Credit,   Attention: Bankruptcy Department,
            P.O. Box 103106,   Roswell, GA 30076-9106
26485929  +EDI: RMSC.COM Jul 02 2011 03:13:00      Chevron,   P.O. Box 981432,   El Paso, TX 79998-1432
26485928  +EDI: RMSC.COM Jul 02 2011 03:13:00      Chevron,   Attention: Bankruptcy Department,
            P.O. Box 103104,   Roswell, GA 30076-9104
26485930  +EDI: CITICORP.COM Jul 02 2011 03:13:00      Citi,   Attention: Bankruptcy Department,
            P.O. Box 20507,   Kansas City, MO 64195-0507
26485931  +EDI: CITICORP.COM Jul 02 2011 03:13:00      Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
26485934  +EDI: CIAC.COM Jul 02 2011 03:13:00      Citifinancial,   P.O. Box 6931,   The Lakes, NV 88901-6931
26485943  +EDI: CALTAX.COM Jul 02 2011 03:23:00      Franchise Tax Board,   Attention: Bankruptcy Department,
            P.O. Box 942857,   Sacramento, CA 94257-0001
26485944  +EDI: RMSC.COM Jul 02 2011 03:13:00      GE Money Bank,   P.O. Box 960061,   Orlando, FL 32896-0061
26485945   EDI: IRS.COM Jul 02 2011 03:13:00      Internal Revenue Service,
            Attention: Bankruptcy Department,   P.O. Box 21126,   Philadelphia, PA 19114
```

```
District/off: 0973-2           User: lquintana            Page 2 of 2            Date Rcvd: Jul 01, 2011
                               Form ID: b18               Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26485946      +EDI: NESF.COM Jul 02 2011 03:13:00      National Enterprise Systems,    29125 Solon Road,
               Solon, OH 44139-3442
26485950      +EDI: CITICORP.COM Jul 02 2011 03:13:00       Shell,    Attention: Bankruptcy Department,
               P.O. Box 20507,    Kansas City, MO 64195-0507
26485953      +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Jul 02 2011 03:11:08       United States Trustee,
               Los Angeles Division,    725 S. Figueroa Street, 26th Floor,    Los Angeles, CA 90017-5524
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2011**                    **Signature:** _Joseph Speetjens_

B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
James Edward Hartenstein

**BANKRUPTCY NO.** 2:10−bk−30677−BB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9241
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 7/1/11

**JOINT DEBTOR INFORMATION:**
Herena Victoria Hartenstein
aka Herena Victoria Garcia

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−0925
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 7/1/11

**Address:**
44836 Lorimer Avenue
Lancaster, CA 93534

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: July 1, 2011

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

14 / LQ3

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.